UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICK ROMERO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SMART MODULAR TECHNOLOGIES, INC.,<br><br>　　　　　　　Defendant, | Case No:  C 10-05064 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

　　　The Court having been notified of the settlement of this action (Dkt. 10), and it appearing that no issue remains for the Court's determination,

　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be scheduled, provided that such motion within 30 days of the date this order is filed.  All scheduled dates are VACATED.  The Clerk shall terminate any pending matters.

　　　IT IS SO ORDERED.

Dated: February 11, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge