1  RICHARD A. LEASIA, Bar No. 73397
   rleasia@littler.com
2  ADAM J. FISS, Bar No. 211799
   afiss@littler.com
3  TOMOMI GLOVER, Bar No. 244886
   tglover@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
6  Telephone:    408.998.4150

7  Attorneys for Defendant
   SMART MODULAR TECHNOLOGIES, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| RICK ROMERO, an individual, | Case No.  CV10-5064-SBA |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND FOR JUDGMENT AND DISMISSAL** |
| v. | |
| SMART MODULAR TECHNOLOGIES, INC., | |
| Defendant. | |

The court has reviewed and accepted the Joint Motion Requesting Approval of Settlement and for Judgment and Dismissal submitted by the parties to this action pursuant to Federal Rule of Civil Procedure 41(a)(1).  (Doc. No. 12.)  Good cause appearing, this action is hereby dismissed with prejudice.  The Clerk of the Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: March 1, 2011

*[signature]*
Hon. Saundra B. Armstrong
United States District Judge

Firmwide:100232260.1 067081.1001

ORDER GRANTING JOINT MOTION FOR
APPROVAL OF SETTLEMENT
(NO.  CV10-5064-SBA)